# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY SUHOVIC,<br><br>                Plaintiff,<br><br>v.<br><br>JASON MEYERS, JAMYER TRUCKING, "JOHN DOES 1-5," and "ABC COMPANIES 1-5," (all being fictitious designations),<br><br>                Defendants, | Civil Action No.: 12-cv-3779 (CCC)<br><br><br>**O R D E R** |

      This matter comes before the Court on Plaintiff Amy Suhovic's ("Plaintiff") motion to remand this case to the Superior Court of New Jersey, Bergen County, Law Division pursuant to 28 U.S.C. § 1447 (Docket No. 5). On September 25, 2012, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Plaintiff's motion to remand be denied. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this _18_ day of October, 2012

**ORDERED** that this Court adopts Judge Dickson's September 25, 2012 Report and Recommendation and thus denies Plaintiff's motion to remand.

                                                    **HON. CLAIRE C. CECCHI**
                                                    **United States District Judge**